**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Lewis T. Babcock**

Civil Action No. 02-cv-00796-LTB-PAC

PHELPS DODGE CORPORATION and
MT. EMMONS MINING COMPANY,

    Plaintiffs,

v.

U.S. ENERGY CORPORATION and
CRESTED CORPORATION,

    Defendants,

and

U.S. ENERGY CORP. and
CRESTED CORP.,

    Third Party Plaintiffs,

v.

CYPRUS AMAX MINERALS COMPANY, a Delaware corporation,

    Third Party Defendant.

_____

**ORDER**
_____

    This Order clarifies the briefing schedule established in Court today.

    Defendants' response to plaintiffs' Amended and Restated Motion for Attorney's Fees and Expenses is due January 20, 2006.

    Plaintiffs' reply is due February 10, 2006.

1

The parties will file a Joint Status Report on January 27, 2006. The Joint Status Reports due every 30 days for December 2005 and January 2006 pursuant to the Order of April 7, 2005 are waived.

DONE and ORDERED, this  9th  day of November, 2005 at Denver, Colorado.

                                              s/Lewis T. Babcock
                                          United States District Chief Judge