# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Chief Judge Lewis T. Babcock

Civil Action No. 02-cv-00796-LTB-PAC

PHELPS DODGE CORPORATION and
MT. EMMONS MINING COMPANY,
    Plaintiffs,
v.

U.S. ENERGY CORPORATION and
CRESTED CORPORATION,
    Defendants,

and

U.S. ENERGY CORP. and
CRESTED CORP.,
    Third Party Plaintiffs,
v.

CYPRUS AMAX MINERALS COMPANY, a Delaware corporation,
    Third Party Defendant.

_____

### Order
_____

Defendants' Motion to Amend/Correct Judgment (Docket #339) is DENIED, as moot.

Plaintiffs' Motion for Hearing on Amended Motion for Attorney Fees (Docket # 380) is GRANTED.

A Hearing is scheduled on Plaintiffs' Amended Motion for Attorney Fees (Docket #365) on Thursday, July 20, 2006 at 1:30pm.

**DONE and ORDERED,** this   23rd   day of May, 2006 at Denver, Colorado.

                                            s/Lewis T. Babcock
                                            United States District Chief Judge